FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAR 18 2015   ★

UNITED STATES DISTRICT COURT                    BROOKLYN OFFICE
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

Whitney Graham, Sharone Graham, Edward Bussey, Gregory          **STIPULATION AND**
Headley,                                                        **ORDER OF DISMISSAL**

                                              Plaintiffs,

                                                                14CV2888 (CBA) (RLM)

                        -against-

City of New York, David Luppino, Philip Vaccarino, Steven
Marshall, John and Jane Doe 1 Through 10,

                                              Defendants.
-------------------------------------------------------------------------- x

    **WHEREAS,** the parties have reached a settlement agreement and now desire to

resolve the remaining issues raised in this litigation, without further proceedings and without

admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

    1.    The above-referenced action is hereby dismissed with prejudice; and

2.    Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2015

LEVENTHAL & KLEIN, LLP
*Attorneys for Plaintiffs*
45 Main Street, Suite 230
Brooklyn, New York 11201
718-722-4100

By: _____
Brett H. Klein

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City, Luppino,*
    *Vaccarino and Marshall*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____ 3/13/15
Rhiana Swartz
*Assistant Corporation Counsel*

SO ORDERED:

s/Carol Bagley Amon
_____
HON. CAROL B. AMON
UNITED STATES DISTRICT JUDGE

Dated: March 17, 2015

2